UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NATHAN WRIGHT, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:19 CV 398 RWS |
| ) | |
| FAMILY SUPPORT DIVISION OF ) | |
| MISSOURI DEPARTMENT OF ) | |
| SOCIAL SERVICES, et al. ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that this case is **DISMISSED** without prejudice.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of January 2025.