# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1206

Camese Bedford, on behalf of themselves and others similarly situated, et al.

Appellants

v.

Missouri Department of Social Services, Family Support Division, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:19-cv-00398-RWS)

---

## ORDER

The motion to withdraw as counsel is granted.  Kevin Mark Smith is granted leave to withdraw from this case.

January 20, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
           /s/ Susan E. Bindler