# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  25-1206

_____

Camese Bedford, on behalf of themselves and others similarly situated; Ashley Gildehaus; Lisa Mancini

Plaintiffs - Appellants

v.

Missouri Department of Social Services, Family Support Division; Jessica Bax; Trish Vincent; Amanda Adams; Ken Struemph

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:19-cv-00398-RWS)

_____

**JUDGMENT**

Before COLLOTON, Chief Judge, SHEPHERD, and ERICKSON, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court as to its dismissal of Plaintiffs' complaint for lack of subject matter jurisdiction is affirmed and the Plaintiffs' appeal of the district court's order denying their interim motion for a preliminary injunction is dismissed  in accordance with the opinion of this Court.

June 24, 2026


Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler