# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-1206

Camese Bedford, on behalf of themselves and others similarly situated, et al.

Appellants

v.

Missouri Department of Social Services, Family Support Division, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:19-cv-00398-RWS)

---

## MANDATE

In accordance with the opinion and judgment of June 24, 2026, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

July 16, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit